UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FIFTH DIVISION

| | | |
|---|---|---|
| DeEll J. Heins, | ) | |
| | ) | |
| Plaintiff, | ) | Case 0:19-cv-02328-WMW/LIB |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Leo I. Brisbois |
| Wisconsin Central Ltd., a Delaware corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION TO EXTEND
EXPERT DISCLOSURE DEADLINES**

It is hereby stipulated and agreed between the parties to the above-entitled action, through their respective attorneys, that:

1. The expert disclosure deadlines set forth in the Court's Pretrial Scheduling Order (ECF Doc. #14) at paragraph VII shall be extended as follows:

    a. Plaintiff's disclosures shall be made on or before **July 1, 2020**.

    b. Defendant's disclosures shall be made on or before **August 15, 2020**.

    c. That any rebuttal disclosures by Plaintiff in response to Defendant's disclosures shall be made on or before **September 15, 2020**.

2. Considering the extraordinary and unusual current events relating to COVID-19, counsel agree and hereby stipulate that the requisite good cause exists to extend these deadlines.

| | |
|---|---|
| Dated: May 14, 2020 | Dated: May 19, 2020 |
| **DONNA LAW FIRM, P.C.** | **HUNGES, LENEAVE & KVAS, P.A.** |
| By: */s/ Eric E. Holman* <br> Eric E. Holman, #327918 <br> 7601 France Avenue South <br> Suite 350 <br> Minneapolis, MN 55435 <br> Tel: (952) 562-2460 <br> Fax: (952) 562-2461 <br> Email: eholman@donnalaw.com <br> Attorneys for Defendant | By: */s/ Thomas W. Fuller* <br> Cortney S. LeNeave, #18424X <br> Thomas W. Fuller, #394778 <br> 1000 Twelve Oaks Center Drive <br> Suite 101 <br> Wayzata, MN 55391 <br> Tel: (612) 339-4511 <br> Fax: (612) 339-5150 <br> Email: cleneave@hlklaw.com <br> Email: tfuller@hlklaw.com <br> Attorneys for Plaintiff |